UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **INDICTMENT** |
| | ) | (Four Counts) |
| | ) | |
| v. | ) | 18 U.S.C. § 2 |
| | ) | 18 U.S.C. § 922(i) |
| | ) | 18 U.S.C. § 922(j) |
| JACOB FRY (01), | ) | 18 U.S.C. § 922(u) |
| COTY FULTZ (02), and | ) | 18 U.S.C. § 924(a)(2) |
| SUZANNE McCRAY (03) | ) | |
| | ) | CAUSE NUMBER: |
| | | 3:09CR 67 |

**THE GRAND JURY CHARGES**:

### Count 1

On or about March 25, 2009, in the Northern District of Indiana,

**JACOB FRY (01), COTY FULTZ (02), and SUZANNE McCRAY (03),**

defendants herein, knowingly possessed stolen firearms, which had been shipped and transported in interstate and foreign commerce, knowing and having reasonable cause to believe the firearms were stolen.

In violation of Title 18, United States Code, Sections 922(j), 924(a)(2), and 2.

1

**THE GRAND JURY FURTHER CHARGES**:

### Count 2

On or about March 25, 2009, in the Northern District of Indiana,

**JACOB FRY (01), COTY FULTZ (02), and SUZANNE McCRAY (03),**

defendants herein, knowingly transported and shipped in interstate commerce, from Indiana to Illinois, stolen firearms, knowing and having reasonable cause to know the firearms were stolen.

In violation of Title 18, United States Code, Sections 922(i) and 924(a)(2).

2

**THE GRAND JURY FURTHER CHARGES**:

### Count 3

On or about March 25, 2009, in the Northern District of Indiana,

**JACOB FRY (01) and COTY FULTZ (02),**

defendants herein, knowingly stole and unlawfully took and carried away from the premises of a person who is licensed to engage in the business of dealing in firearms, firearms in the licensee's business inventory that had been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(u) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES**:

### Count 4

On or about April 16, 2009, in the Northern District of Indiana,

**JACOB FRY (01),**

defendant herein, in a matter within the jurisdiction of the Bureau of Alcohol, Tobacco, Firearms and Explosives, an agency of the United States, did knowingly and willfully make a false, fraudulent, and fictitious material statement and representation; that is, he stated that did not participate in the theft and subsequent sale of guns in March 2009, when, in fact, he did participate in such a theft and subsequent sale of guns.

In violation of Title 18, United States Code, Section 1001(a)(2).

A TRUE BILL:

s/Foreperson
Grand Jury Foreperson

DAVID CAPP
UNITED STATES ATTORNEY

By:  s/Jesse M. Barrett
     Jesse M. Barrett
     Assistant United States Attorney

4