**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**

**UNITED STATES OF AMERICA**

         **Plaintiff,**

**vs.**

**SUZANNE MCCRAY**

         **Defendant.**

**CASE NUMBER: 3:09CR67-003**

**USM Number: 10284-027**

**MATTHEW D SOLIDAY - FCD**
**DEFENDANT'S ATTORNEY**

**JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Supervised Release)

**THE DEFENDANT** admitted guilt to violation of mandatory and standard conditions of the term of supervision.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses:

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| Mandatory Condition, Violation 2 | The defendant has submitted urine samples which tested positive for marijuana on the following dates: 6/5/14, 6/17/14, 6/26/14, and 7/8/14. | July 8, 2014 |
| Standard Condition 11, Violation 1 | On or about 6/9/15, the defendant was stopped by the Indiana State Police for driving a motor vehicle without a seatbelt. The defendant failed to notify the probation officer of this police contact. | June 9, 2015 |
| Standard Condition 2, Violation 1 | The defendant failed to submit mandatory monthly supervision reports for May 2015 and June 2015 as directed. | June 2015 |
| Standard Condition 6, Violation 1 | On 5/2/14, the defendant failed to notify the probation officer of a change of residence. | May 2, 2014 |

The defendant is sentenced as provided in pages 2 through 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of any material change in economic circumstances.

September 14, 2015  
Date of Imposition of Judgment

/s/ Robert L. Miller, Jr.  
Signature of Judge

Robert L. Miller, Jr., United States District Judge  
Name and Title of Judge

September 14, 2015  
Date

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **6 months**.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

    Defendant delivered _____ to _____ at _____,
with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By: _____
DEPUTY UNITED STATES MARSHAL

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall have no term of supervised release.